UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BHARAT S. THAKKAR,

    Plaintiff,

V.

NORTHERN ILLINOIS UNIVERSITY,

    Defendant.

Case No. 18-cv-2233

Judge Jorge L. Alonso

Magistrate Judge Daniel Martin

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bharat S. Thakkar and Defendant Northern Illinois University stipulate to the dismissal of this case in its entirety, with prejudice. The parties will bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/Joshua D. McCann | /s/ Karen L. Courtheoux |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendants |
| CYNTHIA M. PRICE | NORTHERN ILLINOIS UNIVERSITY |
| | BARBARA WILLERT |
| | GINA KENYON |
| | |
| Michael T. Smith | Karen L. Courtheoux |
| **MICHAEL T. SMITH & ASSOCIATES** | **HUSCH BLACKWELL LLP** |
| 10 North Martingale Road, Suite 400 | 120 South Riverside Plaza, Suite 2200 |
| Schaumburg, IL 60173 | Chicago, Illinois 60606-3912 |
| *msmith39950@aol.com* | *Karen.Courtheoux@huschblackwell.com* |